UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIYUSH JAIN,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 16-cv-04603-HSG

**ORDER TO SHOW CAUSE**

On August 12, 2016, Plaintiff Piyush Jain filed this social security appeal. Dkt. No. 1. Defendant Carolyn W. Colvin, as Acting Commissioner of Social Security, filed an answer on November 28, 2016. Dkt. No. 9. Under the social security procedural order entered in this case, Plaintiff was required to file a motion for summary judgment or for remand within 28 days of service of Defendant's answer. Dkt. No. 3. The time for Plaintiff to file a motion for summary judgment or for remand has passed, and Plaintiff has not filed any motion.

Accordingly, the Court ORDERS Plaintiff to show cause why he did not file a motion by the Court's deadline. Plaintiff shall file a statement of two pages or less by January 27, 2017, explaining why he did not file a motion for summary judgment or for remand. If Plaintiff does not file a timely statement, the Court may dismiss the action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 10, 2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIYUSH JAIN,

        Plaintiff,

   v.

CAROLYN W. COLVIN,

        Defendant.

Case No.  16-cv-04603-HSG

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on January 10, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Piyush Jain
6207 Dairy Avenue
Newark, CA 94560

Dated: January 10, 2017

                              Susan Y. Soong
                              Clerk, United States District Court

                              By:_____
                              Nikki D. Riley, Deputy Clerk to the
                              Honorable HAYWOOD S. GILLIAM, JR.